**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MICHAEL MITCHELL**                                                                    **PLAINTIFF**

**v.**                                        **Case No**. **4:24-cv-00342-KGB**

**DEXTER PAYNE, Director**
**Arkansas Division of Correction**                                    **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 8).  Although the Court granted petitioner Michael Mitchell an extension of time to object to Judge Ervin's Recommended Disposition, Mr. Mitchell did not object to the Recommended Disposition; the extended time for objecting has passed (Dkt. No. 10).  After careful consideration of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 8).  The Court dismisses with prejudice Mr. Mitchell's petition for writ of habeas corpus (Dkt. No. 1).  The Court denies a certificate of appealability because Mr. Mitchell has not made a substantial showing of a denial of a constitutional right.  *See* 28 U.S.C. § 2253(c).

It is so ordered this 2nd day of December, 2024.

Kristine G. Baker
Chief United States District Judge